UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EFRAIN PAZ, | ) |
| | ) |
| Petitioner, | ) Case No. SACV 11-0282 GW (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| MATTHEW CATE, SECRETARY, | ) RECOMMENDATION OF |
| CALIFORNIA DEPARTMENT OF | ) MAGISTRATE JUDGE |
| CORRECTIONS AND REHABILITATION, | ) |
| | ) |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: November 20, 2011

_____
George H. Wu
United States District Judge