UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EFRAIN PAZ, | ) Case No. SACV 11-0282-GW (AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MATTHEW CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated:  November 20, 2011

_____
George H. Wu
United States District Judge